

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00500-CV

Mary Ann **JOHNSON,**
Appellant

v.

Chandler Elizabeth **JOHNSON** and Mary M. Johnson,
Appellees

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017PC0180
Honorable Veronica Vasquez, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE MARTINEZ, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we REVERSE the probate court's order and RENDER judgment that appellant Mary Ann Johnson's business disparagement and intentional infliction of emotional distress claims are dismissed for lack of subject matter jurisdiction.

We ORDER the costs of this appeal to be paid by the parties who incurred them.

SIGNED January 15, 2020.

_____
Beth Watkins, Justice